# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                          Case No. 3:06 cr 268 (PCD)

BENIGNO MALAVE

### ORDER TO SHOW CAUSE

The Defendant, Benigno Malave, moves for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 U.S.C. §3582 [Doc. No.1433]

It is hereby ORDERED, that the Government show cause on or before February 26, 2010, as to why defendant's sentence should not be reduced.

SO ORDERED.

Dated at New Haven, Connecticut, February 4, 2010.

/s/
Peter C. Dorsey Senior
United States District Judge