## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 3:06cr00268 (PCD) |
| : | |
| BENIGNO MALAVE : | |

## ORDER TO SHOW CAUSE

The Defendant, Benigno Malave, moves for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 USC 3582 [Doc. No. 1433] and for Hearing on this Motion [Doc. No. 1434].

It is hereby ORDERED that the Government show cause on or before March 5, 2010, as to why Defendant's sentence should not be reduced and as to whether a hearing is necessary.

SO ORDERED.

Dated at New Haven, Connecticut, February 4 , 2010.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court